*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KOREEN BROS. INC., a California Corporation, *aka* KOREEN BROTHERS, INC.,<br><br>    Defendant. | Case No.: C10-0083 JW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

Based on Plaintiffs' Status Statement informing the Court that the parties have settled this case but for one Judgment Guarantor who has filed for bankruptcy, the Court finds good cause to administratively close this case to maintain its docket.

Accordingly, the Clerk of Court shall close this case. Upon the completion of the bankruptcy proceedings against James Damian Koreen, Plaintiffs may file the apporpriate Motion to have this case reopen.

Dated: June 10, 2011

_____
JAMES WARE
United States District Chief Judge